**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH MACKEY,<br><br>                Plaintiff,<br><br>        v.<br><br>E. GARCIA, et al.,<br><br>                Defendants. | Case No.: 1:23-cv-0337 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS GALINDO AND NORTHCUTT<br><br>(Doc. 13) |

Kenneth Mackey is a prisoner proceeding *pro se* and in forma *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The magistrate judge screened the allegations of the complaint pursuant 28 U.S.C. § 1915A(a), and found Plaintiff stated cognizable claims against Defendant Garcia for excessive force in violation of the Eighth Amendment and against Defendant Quintero for retaliation in violation of the First Amendment. However, the magistrate judge also found the remaining claims in the complaint—including all claims against defendants Galindo and Northcutt—were not cognizable. (Doc. 8.) In response to the Screening Order, Plaintiff filed notice that he did not wish to file an amended complaint, and was willing to proceed only on the claims found cognizable. (Doc. 9.)

The magistrate judge recommended the action proceed on the identified cognizable claims against Garcia and Quintero, and all other claims and defendants be dismissed from the action. (Doc. 13.) The magistrate judge also recommended the remaining claims be dismissed. (*Id.* at 2.)

The Court served the Findings and Recommendations on Plaintiff on the same date, and it notified him that any objections were due within 14 days of the date of service.  (*Id.*)  Plaintiff was also advised that the "failure to file objections within the specified time may result in waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  No objections have been filed, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 26, 2023 (Doc. 13), are **ADOPTED** in full.
2. This case **SHALL** proceed only on Plaintiff's claims for: (i) excessive force in violation of the Eighth Amendment against Defendant Garcia and (ii) retaliation in violation of the First Amendment against Defendant Quintero. All other claims are dismissed.
3. Defendants A. Galindo and L Northcutt are **DISMISSED** from the action.
4. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 21, 2023**

UNITED STATES DISTRICT JUDGE

2