|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| KENNETH MACKEY, | Case No.: 1:23-cv-0337 JLT EPG (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH THE SETTLEMENT AGREEMENT BE DENIED |
| v. | |
| E. GARCIA, et al., | |
| Defendants. | (Docs. 29, 30, 36) |

Kenneth Mackey asserted the defendants violated his civil rights under the First and Eighth Amendments. (*See* Docs. 1, 9, 15.) The parties engaged in a settlement conference with the Court, which resulted in a settlement agreement. (Doc. 25.) Based upon the stipulation of the parties, the Court dismissed the action with prejudice. (Docs. 26, 28.) Plaintiff now seeks to compel Defendants to comply with the settlement agreement. (Docs. 29, 30.)

The magistrate judge found Plaintiff "failed to demonstrate that Defendants have breached any provision of the agreement, and therefore, Plaintiff provides no grounds to obtain an order compelling Defendants to comply with the settlement agreement." (Doc. 36 at 5.) The magistrate judge also determined that Plaintiff did "not provide[] any explanation as to why he has not filled out the additional form necessary" for Defendants to replace the settlement check that was reported as stolen from the Post Office. (*Id.* at 6.) Therefore, the magistrate judge recommended the Court deny Plaintiff's motion to compel compliance with the settlement

agreement, and direct Plaintiff to sign the required form, "STD 435," to receive his payment due under the terms of the agreement. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 30 days of the date of service. (Doc. 36 at 6-7.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of rights on appeal." (*Id.* at 7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 3, 2025 (Doc. 36), are **ADOPTED** in full.
2. Plaintiff's motions to compel compliance with the settlement agreement (Docs. 29, 30) are **DENIED**.
3. To the extent that Plaintiff wishes to receive payment due under the settlement agreement, he **SHALL** sign the form STD 435.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

UNITED STATES DISTRICT JUDGE

2